# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| EARL D. PHIFFER,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN DOE, Sheriff, JOHN DOE, Officer One, JOHN DOE, Officer Two, JOHN DOE, Officer Three, JOHN DOE, Officer Four, JOHN DOE, Officer Five, JOHN DOE, Officer Six, JOHN DOE, Officer Seven, Hon. MICHAEL J. BYRON, A.D.A., MR. GERALD URBIK and Atty. MR. JOSHUA KLAFF, in their individual and official capacities,,<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**Case No.: 09-cv-285-slc** |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

  **This case is dismissed against defendants.**


PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**                                                                                    _____7/7/09_____
                                                                                                                    Date